

**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2017
```

Alexander W. Leonard
Direct Dial: (212) 878-7932
Email Address: aleonard@foxrothschild.com

May 17, 2017

**VIA ECF**
Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, New York 10007

      Re:    **Suarez, *et al.* v. Rosa Mexicano Brands Inc., *et al.***
              **Civil Action No.: 16-cv-5464 (RLE)**

Dear Judge Ellis:

    We represent the Defendants in the above-referenced matter. We write jointly with counsel for the Plaintiffs pursuant to Your Honor's Individual Practices of Magistrate Judge Ronald L. Ellis, Sections 1.A and 1.E, to respectfully request an adjournment *sine die* of the Initial Pretrial Conference currently scheduled for May 18, 2017 at 10:30 AM (*see* Docket Entry No. 50).

    The parties' are pleased to report that they have reached a settlement in principle resolving the litigation in its entirety after a private mediation held today. Therefore, the parties request that all court deadlines be held in abeyance over the next 60 days so that the parties can negotiate a formal settlement agreement memorializing the terms of settlement and submit the same for approval by the court. All parties consent to the instant request.

    We thank the Court for its time and consideration of the above request. Please contact the undersigned if the Court requires any additional information.

                              Respectfully submitted,

                              **FOX ROTHSCHILD LLP**

                              Alexander W. Leonard

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida
Illinois   Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas



Fox Rothschild LLP
ATTORNEYS AT LAW

Honorable Ronald L. Ellis, U.S.M.J.
U.S. District Court, Southern District of New York
May 17, 2017
Page 2

cc: Brian Schaffer, Esq. (via ECF)
Armando Ortiz, Esq. (via ECF)
Carolyn D. Richmond, Esq. (Fox Rothschild LLP – NYC)
Raquel A. Gutierrez, Esq. (Fox Rothschild LLP – NYC)

SO ORDERED 5-17-17

RONALD L. ELLIS   U.S.M.J.

ACTIVE\49184418.v1-5/17/17